## BALTIMORE & OHIO SOUTHWESTERN RAILROAD COMPANY *v.* UNITED STATES.

### SAME *v.* SAME.

ERROR TO THE UNITED STATES CIRCUIT COURT OF APPEALS FOR THE SIXTH CIRCUIT.

Nos. 124, 125. Argued March 4, 1910.—Decided March 14, 1910.

Rehearing granted in cases in which judgments were affirmed by divided court and cases restored to docket.
Case below, 159 Fed. Rep. 33.

*Mr. Edward Colston, Mr. Judson Harmon, Mr. A. W. Goldsmith,* and *Mr. George Hoadley* for the plaintiff in error.

*The Solicitor General* and *The Attorney General* for the defendant in error.

Judgments affirmed by a divided court, and causes remanded to the District Court of the United States for the Southern District of Ohio.

*Per Curiam.* April 4, 1910. Rehearing granted, and cases restored to the docket for reargument and assigned to be heard on the first Tuesday of the next term (October 11) after the cases already assigned for that day.